UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| CHRISTOPHER DANIEL GAY, | ) |
| *Petitioner*, | ) Case No. 4:21-mc-1 |
| v. | ) Judge Travis R. McDonough |
| STATE OF TENNESSEE, | ) Magistrate Judge Christopher H. Steger |
| *Respondent*. | ) |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, the Clerk is **DIRECTED** to transfer this action to the United States District Court for the Middle District of Tennessee at Nashville and to close this Court's file.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ John Medearis
  CLERK OF COURT